UNITED STATES OF AMERICA
WESTERN DISTRICT OF NEW YORK

DEC 16 2015

RECEIVED
DEC 16 2015
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

UNITED STATES OF AMERICA,

V.

KASANDRA WEEKS (dob: 04/04/92)

Defendant

ORDER FOR FURLOUGH
FROM ~~MONROE~~ COUNTY JAIL
15-CR-6058  (STEUBEN)

TO: STEUBEN COUNTY SHERIFF – JAIL BUREAU

The Defendant having requested a brief, temporary release from detention for the purpose of having one last visit with her grandfather, Keith Weeks, currently residing at 13397 State Route 31, Savannah, New York 13146, who is terminally ill, and who has been placed in hospice care,

AND the Government having no objection to the Defendant's temporary release for said purpose, it is hereby

ORDERED, that the Defendant be released from the Steuben County Jail to the custody of the Defendant's mother, Charity Ingam, on Thursday, December 17, 2015 at 3:00 p.m. for the purpose of having a last visit with her terminally ill grandfather, and it is further

ORDERED that the Defendant is required to return to the Steuben County Jail on Friday, December 18, 2015, no later than 3:00 p.m., and it is further

ORDERED that the Defendant refrain from any and all contact with anyone not a member of her family, or anyone other than those present to visit her terminally ill grandfather, and it is further

ORDERED that the Defendant refrain from any unlawful conduct, including the use of alcohol or illegal drugs or narcotics during her temporary release, and it is further

ORDERED that the Defendant stay overnight with her mother at her mother's home located at 3818 Blake Corner Rose Valley Road, Clyde, New York 14433.

Dated: December 16, 2015 at 12:20 p.m.
Rochester, New York

ENTER

Marian W Payson
HONORABLE MARIAN W. PAYSON
U.S. MAGISTRATE JUDGE